```
                                                    FILED
                                                U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF TEXAS
       IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF TEXAS            OCT 2 2 2007
              TEXARKANA DIVISION
                                              DAVID J. MALAND, CLERK
                                            BY
UNITED STATES OF AMERICA     *              DEPUTY_____
                             *
VS.                          *       NO. 5:07CR 28
                             *
BENNIE DUCK                  *
```

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count 1

Violation: Title 18, United States Code, § 1519 (Falsification of records in Federal investigation)

On or about November 16, 2006, in Bowie County, in the Eastern District of Texas, and elsewhere, the Defendant, BENNIE DUCK, did knowingly alter and falsify a record and document, that is, an invoice dated December 18, 2001, from Hemly Tool Supply, Inc., to National Tool, with the intent to impede, obstruct, and influence the investigation of allegations of substitution of parts with respect to Department of Defense contracts by Defendant, BENNIE DUCK, and National Tool Company, Inc., a matter within the jurisdiction of the Department of Defense, a department of the United States, in violation of Title 18, United States Code, Section 1519.

JOHN L. RATCLIFFE
ACTING UNITED STATES ATTORNEY

*/s/ Alan R. Jackson*
ALAN R. JACKSON
Assistant U.S. Attorney
110 N. College, Suite 700
Tyler, Texas  75702
Texas Bar No. 10453300
(903) 590-1400
alan.jackson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | NO. 5:07CR____ |
| | * | |
| BENNIE DUCK | * | |

## NOTICE OF PENALTY

### Count 1

Violation:   Title 18, United States Code, § 1519 (Falsification of records in Federal investigation)

Penalty:   A fine of not more than $250,000; imprisonment for not more than twenty (20) years; a term of supervised release of not more than three (3) years.

Special Assessment:   $100.00