# United States District Court
### EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | No. 5:07CR28 |
| BENNIE DUCK | § § | |

## WAIVER OF INDICTMENT

I, BENNIE DUCK, the above named defendant, who is accused in an Information of Violation of Title 18, USC, Section 1519, Falsification of Records in Federal Investigation, being advised of the nature of the charge(s), the proposed information, and of my right, hereby waive in open court on October 31st, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
CAROLINE M. CRAVEN
U. S. MAGISTRATE JUDGE